IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:08-cv-00135-OWW-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| WARDEN HEDGPETH, et al., | |
| Defendants. | |

Plaintiff James E. Smith ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2008, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis in this action and required him to pay the $350.00 filing fee in full within thirty (30) days. More than sixty (60) days have passed, and plaintiff has not submitted the $350.00 filing fee or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   March 21, 2008**             /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE